IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

MARTIN WEBBER,                          :
                                        :
     *Plaintiff,*                    :
                                        :
v.                                      :        Case No.: 5:18-cv-00042
                                        :
AJAY VIRMANI, M.D., *ET AL.,*           :
                                        :
     *Defendants.*                   :

## DR. VIRMANI AND HEART & VASCULAR INSTITUTE OF WINCHESTER, LLC.'S   DESIGNATION OF DEPOSITION

Defendants Ajay Virmani, M.D. and Heart & Vascular Institute of Winchester, LLC., by counsel, identify the following deposition testimony of which may be read into evidence at the trial of this case.

1.     **Deposition of Manish Jhawar**

     a.     Page 6, Lines 8 -19

     b.     Page 9, Lines 4 -18

     c.     Page 11, Line 8 - Page 12, Line 13

     d.     Page 12, Line 20 - Page 13, Line 1

     e.     Page 29, Lines 1 - 7

     f.     Page 30, Line 4 - Page 31, Line 3

     g.     Page 31, Line 14 - Page 32, Line 22

     h.     Page 36, Lines 9 - 23

     i.     Page 37, Lines 19 - 21

     j.     Page 38, Lines 7 - 11

TimberlakeSmith
Staunton, VA
540.885.1517

k.   Page 38, Lines 17 - 21

l.   Page 39, Lines 7 - 14

m.   Page 40, Lines 1 - 8

n.   Page 41, Lines 4 - 6

o.   Page 42, Line 22 - Page 43, Line 22

p.   Page 44, Lines 4 - 11

q.   Page 44, Line 20 - Page 45, Line 14

r.   Page 45, Line 22 - Page 46, Line 2

s.   Page 48, Line 14 - Page 49, Line 1

t.   Page 49, Line 5 - Page 50, Line 20

u.   Page 51, Lines 10 - 15

v.   Page 51, Line 23 - Page 53, Line 9

w.   Page 58, Lines 6 - 20

x.   Page 61, Lines 4 - 12

y.   Page 62, Lines 5 - 20

z.   Page 63, Lines 2 - 18

aa.   Page 63, Lines 21 - 23

bb.   Page 64, Line 3 (with the word "it")  - Page 54, Line 12

AJAY VIRMANI, M.D.

HEART & VASCULAR INSTITUTE
OF WINCHESTER, LLC.

By Counsel

TimberlakeSmith
Staunton, VA
540.885.1517

2

By: _____

C. J. Steuart Thomas, III
VSB # 26279
James D. Mayson
VSB #47152
Attorneys for Defendants
TimberlakeSmith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   sthomas@timberlakesmith.com
             jmayson@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter D. Greenspun
Anastasia T. Kranias
3955 Chain Bridge Road
Second Floor
Fairfax, VA  22030
*Counsel for plaintiff*

_____

James D. Mayson
VSB #47152
Attorney for Defendant
TimberlakeSmith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:   jmayson@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

3