IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| MARTIN WEBBER, | : |
| *Plaintiff,* | : |
| v. | : Case No.: 5:18-cv-00042 |
| AJAY VIRMANI, M.D., *ET AL.*, | : |
| *Defendants.* | : |

### DR. VIRMANI AND HEART & VASCULAR INSTITUTE OF WINCHESTER, LLC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATION OF THE DEPOSITION OF GRACE DACUNZO

Defendants Ajay Virmani, M.D. and Heart & Vascular Institute of Winchester, LLC. objects to Plaintiff's Designation of the Deposition of Grace Dacunzo as follows:

1. Defendants object on the grounds as set forth in its Motion and Memorandum in Support to Exclude the Testimony of Grace Dacunzo based on relevance. Defendants restate and incorporates this objection to referenced portions of the deposition below identified by the plaintiff.

    a. Page 10, Line 1 - Page 13, Line 7

    b. Page 13, Lines 15-18

    c. Page 14, Lines 13 - 18

    d. Page 18, Lines 2 -8

    e. Page 23, Line 12 - Page 24, Line 6

    f. Page 34, Line 17 - Page 35, Line 4

    g. Page 35, Lines 12 - 21

    h. Page 63, Line 18 - Page 64, Lines 1 - 25

i. Page 70, Lines 3 - 6

AJAY VIRMANI, M.D.

HEART & VASCULAR INSTITUTE OF WINCHESTER, LLC.

By Counsel

By: /s/ C. J. Steuart Thomas, III
C. J. Steuart Thomas, III
VSB # 26279
James D. Mayson
VSB #47152
Attorneys for Defendants
TimberlakeSmith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: sthomas@timberlakesmith.com
jmayson@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

2

CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2019, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Peter D. Greenspun
    Anastasia T. Kranias
    3955 Chain Bridge Road
    Second Floor
    Fairfax, VA 22030
    *Counsel for plaintiff*

/s/ James D. Mayson
James D. Mayson
VSB #47152
Attorney for Defendant
TimberlakeSmith
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:   540/885-4537
email: jmayson@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

3

f:\61\med mal\mag mutual\webber v. virmani\pleadings\federal case\drafts\defendants objection to deposition designation of grace dacunzo.docx